CAUSE NO. CVOC-23-0000427

| | | |
|---|---|---|
| ANDY GARCIA, AS TRUSTEE OF BOGER FAMILY TRUST, JULIE A. MILLS, PATTI LYNN WIATREK F/K/A PATTI LYNN BROWN, O'BANYON WOOTSEN CUSTER AND NATALIE CHRISTINE CUSTER, BRYAN NEFF AND LAURIE NEFF, LORETTA NEUMANN, NEVELS PROPERTIES, LLC, AND LUKE SCHILHAB AND ALLISON SCHILHAB, Plaintiffs, v. SARAH ANN SHAW, AS TRUSTEE OF THE SHAD C. SHAW FAMILY TRUST, DAVID EUGENE HEEP, PINE GATE RENEWABLES, LLC AND RIO LAGO SOLAR, LLC, Defendants. | § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT



198TH JUDICIAL DISTRICT



BANDERA COUNTY, TEXAS |

## TEMPORARY INJUNCTION ORDER

On January 29, 2024, Plaintiffs' Application for Temporary Injunction was heard by the Honorable Judge M. Patrick Maguire in the 198th Judicial District Court of Bandera County, Texas. Plaintiffs and Defendants appeared by and through their counsel of record and announced ready.

The Court, after considering the evidence, the arguments of counsel, the credibility of the witnesses, and the parties' briefing, the Court is of the opinion the Application should be **GRANTED.** The Court finds injunctive relief is warranted because (1) Plaintiffs have pled causes of action against the Defendants; (2) Plaintiffs have showed a probable right to the relief sought; (3) Plaintiffs established the existence of a probable, imminent, and irreparable injury. Because Plaintiffs face continued risk of imminent harm and irreparable injury based on Defendants' actions, issuance of a Temporary Injunction is appropriate.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that *Plaintiffs' Application for Temporary Injunction* is hereby **GRANTED** and Defendants SARAH ANN SHAW, AS TRUSTEE OF THE SHAD C. SHAW FAMILY TRUST, DAVID EUGENE HEEP, PINE GATE RENEWABLES, LLC, and RIO LAGO SOLAR, LLC are ordered as follows:

1. Defendants are temporarily enjoined from timbering or felling trees on the leased properties, along with other activities related to clearing, grading, or preparing the land in preparation for the solar farm until they have complied with the following requirements:

    a. Defendants shall obtain a TCEQ-approved Construction General Permit;

    b. Defendants shall prepare and implement a TCEQ-approved Stormwater Pollution Prevention Plant (SWPPP);

    c. Defendants shall prepare and implement further TCEQ-approved SWPPPs prior to any soil-disturbing activities, including grubbing the soil, stump removal, removal of root balls, stripping the soil and grading the soil;

    d. Defendants shall prepare and implement further TCEQ-approved SWPPPs prior to commencing each successive phase of solar farm construction;

    e. Defendants are prohibited from timbering or felling trees in any flood plain or flood hazard area; and

    f. Defendants shall comply with all local, state, and federal laws and regulations in the construction of the solar farm.

2. The bond in the amount of $50,000 shall be continued.

3. The parties are referred to conduct mediation prior to May 1, 2024.

4. A jury trial in this cause is set for __10/22/24__ at __9:00 A__.M. in ~~Bandera County Court.~~ THE 198TH DISTRICT COURTROOM, BANDERA Co. JUSTICE CENTER, BANDERA, TX. * PRE-TRIAL HEARING IS SET FOR 10/15/24 AT 9:00 A.M.

Signed and entered on __FEB. 7__, 2024.

_____
HONORABLE JUDGE M. PATRICK MAGUIRE

APPROVED AS TO FORM ONLY:

**ROSENBLATT LAW FIRM**
16731 Huebner Road
San Antonio, Texas 78248
Telephone: (210) 562-2900
Facsimile: (210) 562-2929

By: */s/ Jennifer B. Rosenblatt*
    Jennifer B. Rosenblatt
    State Bar No. 00788321
    Jennifer@RosenblattLawFirm.com
    Nicole E. Jackson
    State Bar No. 24048178
    Nicole@RosenblattLawFirm.com
    Wendy L. Martinez
    State Bar No. 10279050
    Wendy@RosenblattLawFirm.com

ATTORNEYS FOR PLAINTIFFS

**BAKER BOTTS L.L.P.**
401 S 1st Street Unit 1300
Austin, Texas 78704

By:_____
    Gavin Villareal
    State Bar No. 24008211
    Gavin.villareal@bakerbotts.com
    Paulina Williams
    State Bar No. 24066295
    Paulina.williams@bakerbotts.com
    Anthony Lucisano
    State Bar No. 24102118
    Anthony.lucisano@bakerbotts.com
    Dominic Cruciani
    State Bar No. 24116238
    Dominic.cruciani@bakerbotts.com
    Bill Kroger
    State Bar No. 17532080
    Bill.kroger@bakerbotts.com

ATTORNEYS FOR DEFENDANTS
RIO LAGO SOLAR, LLC AND
PINE GATE RENEWABLES, LLC

**PHILIP MEYER PLLC**
611 Main Street
Bandera, Texas 78003

By:_____
    Philip A. Meyer
    State Bar No. 00784597
    Phil@philmeyer.law

ATTORNEY FOR DEFENDANTS SARAH
ANN SHAW, AS TRUSTEE OF THE SHAD
C. SHAW FAMILY TRUST AND DAVID
EUGENE HEEP